IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO.: 4:98-CR-13-1H
No. 4:16-CV-197-H

TERRANCE LAMONT MOORE, )
)
    Petitioner, )
)
)
v. ) **ORDER**
)
)
UNITED STATES OF AMERICA, )
)
    Respondent.

This matter is before the court on petitioner's motion to lift the stay entered September 14, 2016. The government is hereby directed to file a response within 14 days of the filing of this order informing the court of its position regarding the continued need for a stay.

This 25th day of April 2017.

                                                  _____
                                                Malcolm J. Howard
                                                Senior United States District Judge

At Greenville, NC
#26