IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

4:98-CR-13-1H
4:16-CV-197-H

TERRANCE LAMONT MOORE, )
)
    Petitioner, )
)
v. )    **ORDER**
)
)
UNITED STATES OF AMERICA, )
)
    Respondent. )

This matter is before the court on petitioner's motion for reconsideration, [DE #199], filed with the clerk on February 19, 2019, but deposited in the prison mailbox on February 10, 2019, asking this court to reconsider its order, [DE #197], dismissing petitioner's motion to vacate pursuant to 28 U.S.C. § 2255 on January 18, 2019. Also before the court are the following motions by petitioner: motion for extension of time to seek a certificate of appealability and appeal, [DE #200], and motion for leave to supplement Rule 59(e) motion, [DE #201]. Petitioner's motion for leave to supplement his Rule 59(e) motion, [DE #201], is hereby GRANTED, and the contents have been considered herein.

Finding no reason to alter its prior judgment, the motion for reconsideration, [DE #199], is DENIED. As stated in this court's order of January 18, 2019, finding petitioner's § 2255 motion to

be without merit, no certificate of appealability is warranted. Therefore, petitioner's motion for extension of time to seek a certificate of appealability, [DE #200], is DENIED, and inasmuch as petitioner seeks for an extension of time to file an appeal, [DE #200], this request is MOOT. See Fed. R. App. P. 4(a)(4)(A)(iv) ("If a party files in the district court any of the following motions under the Federal Rules of Civil Procedure--and does so within the time allowed by those rules--the time to file an appeal runs for all parties from the entry of the order disposing of the last such remaining motion: . . . to alter or amend the judgment under Rule 59.").

This 3rd day of April 2019.

_____
MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#35