# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| United States of America<br><br>v.<br><br>Terrance Lamont Moore<br><br>*Defendant* | Case No. 4:98-cr-00013<br><br>ORDER **GRANTING REQUEST FOR PRE-SENTENCE INVESTIGATION REPORT** |

IT IS HEREBY ORDERED that:

The United States Probation Office for the Eastern District of North Carolina is respectfully directed to provide a copy of defendant Terrance Lamont Moore's Presentence Investigation Report to John Gleeson. The report will remain confidential and be used for the sole purpose of his representation of Mr. Moore.

DATED: 1/21/20

THE HONORABLE MALCOLM JONES HOWARD
UNITED STATES DISTRICT JUDGE