IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:98-CR-00013-M

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | ORDER |
| TERRANCE LAMONT MOORE, | |
| Defendant. | |

This matter comes before the court on Defendant's motion [DE 297] requesting an order "preventing the United States from collecting further restitution and terminating the Defendant's financial obligations." DE 297 at 1. To support his request, Defendant cites 18 U.S.C. § 3613(b), which provides that "[t]he liability to pay restitution shall terminate on the date that is *the later of* 20 years from the entry of judgment or 20 years after the release from imprisonment of the person ordered to pay restitution." 18 U.S.C. § 3613(b) (emphasis added).

"Defendant is currently serving a sentence of 1107 months after his 1999 conviction at trial of four counts of armed bank robbery and four counts of using a firearm during a crime of violence." DE 288 at 1. Thus, although more than "20 years" have passed "from the entry of judgment," fewer than "20 years" have passed from Defendant's "release from imprisonment." 18 U.S.C. § 3613(b); *see also United States v. McMiller*, 954 F.3d 670, 675 (4th Cir. 2020) (citing Section 3613(b) and observing that financial obligation imposed at sentencing "generally extends 20 years from a defendant's release from prison"). In fact, Defendant's release from imprisonment has not occurred. *See Find an inmate.*, FEDERAL BUREAU OF PRISONS,

1

https://www.bop.gov/inmateloc/ (search of "Terrance Moore" revealing inmate record with anticipated "Release Date" of "09/12/2077") (last visited July 10, 2025).

As a consequence, "the later of" the two specified events in Section 3613(b) is yet to pass, and Defendant's "liability to pay restitution" has not "terminate[d]" by operation of law. 18 U.S.C. § 3613(b). In the absence of any applicable statutory provision, this court lacks "the authority to remit restitution orders." *United States v. Roper*, 462 F.3d 336, 338 (4th Cir. 2006). Defendant's motion [DE 297] is DENIED.

SO ORDERED this 11th day of July, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

2